# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

WEI-PING ZENG,

               Plaintiff,

v.                                        CIVIL ACTION NO.   3:17-3008

MARSHALL UNIVERSITY,

               Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant in part and deny in part Plaintiff's Motion to Amend (ECF No. 28); deny Plaintiff's Motion to Change Venue (ECF No. 30); and order Plaintiff to file within twenty days a revised Amended Complaint that is consistent with the recommendation in the Proposed Findings and Recommendations. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge. As set for the in the Proposed Findings of Fact and Recommendations, the Court **GRANTS** in part and **DENIES** in part Plaintiff's Motion to Amend (ECF No. 28); **DENIES** Plaintiff's Motion to Change Venue (ECF No. 30); and **ORDERS** Plaintiff to file within

twenty days a revised Amended Complaint that is consistent with the recommendation in the Proposed Findings and Recommendations.[1]

This case will remain referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: April 27, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

---

[1] Subsequent to the filing of the Proposed Findings and Recommendations, Plaintiff has filed a Motion to Amend.