**CURRENT % EFFORT** __25%____
(If % effort has changed for any reason during this assessment time period, please explain)


Chair's Comments:

Dr. Zeng's evaluations by students have improved in both the Medical Microbiology Course and Medical Immunology course.  His overall score in Med Micro improved from **3.00** in 2011-2012 to **3.76** in 2012-2013.  His overall score in Med Immuno improved from **2.56** in 2011-2012 to **3.61** in 2012-2013. While these improvements are significant, his scores must improve into the good to very good range in order to be considered for tenure.  In order to improve his teaching performance, we recommend the following: (1) Dr. Terry Fenger should serve as a teaching mentor to Dr. Zeng and attend at least two of Dr. Zeng's sessions. (2) Dr. Zeng must attend at least two lectures given by Dr. Susan Jackman and two lectures given by Dr. Fenger. Dr. Zeng should request permission in advance to attend these lectures.  (3) Dr. Zeng should enlist the services of Sherri Smith PhD in the Center for the Advancement of Teaching and Learning to improve his speaking and lecturing skills.  (4) Dr. Zeng must use a microphone for all presentations and insure that the volume is set correctly.  (5) Dr. Zeng must record all of his presentations under Camtasia. (6) Dr. Zeng must meet with Dr. Jackman and Dr. Primerano to define and improve his plans for active learning in his Med Micro lectures.

Dr. Primerano will ask Dr. Fenger if he is willing to serve as Dr. Zeng's teaching mentor.  He will also confirm Dr. Smith's willingness to work with Dr. Zeng and request that she provide regular summaries of Dr. Zeng's progress.  Dr. Priemrano will also attend two of Dr. Zeng's lectures for the purpose of evaluation.

Dr. Primerano, Dr. Jackman and Dr. Zeng will conference to finalize Dr. Zeng's active learning methodologies.


**Rating with respect to departmental/school expectations:**


_____ Exemplary            _____Professional            __X___Needs Improvement            _____Unacceptable

## 2.  RESEARCH & SCHOLARLY ACTIVITY (include ONLY those occurring in the past calendar year)

*To Be Completed by Faculty Member*

A.  Publications (books, articles, chapters, reviews, abstracts etc.)

**Lai** JJ, **Lai** KP, **Zeng W**, Chuang KH, Altuwaijri S, Chang C. Androgen receptor influences on body defense system via modulation of innate and adaptive immune systems: lessons from conditional AR knockout mice.  Am J Pathol. 2012 Nov;181(5):1504-12

**Zeng WP**. "All Things Considered": Transcriptional Regulation of Th2 Differentiation from Precursor to Effector Activation.  Immunology. 2013 May 13. doi: 10.1111/imm.12121. [Epub ahead of print] (Review article)

B.  Regional or National Presentations

Zeng W, Impacts of inflammatory signals on natural Treg cells.  Poster presentation, Marshall Research Retreat, 2012

C.  Grants  & Contracts Received (including the name of the granting agency and the amount of the award/contract)

D.  Work in Progress (submitted or in press abstracts and manuscripts and creative works in development, research support applied for, development of new teaching or research materials/methods)

Manuscript submitted
A novel method for rapid and unambiguous detection of DNase I hypersensitive sites in rare population of cells. Under review  (BMC Genomics)

Grants submitted
R03, NIAID, $100,000. Gene Expression of nTreg Cells after Inflammatory Exposure.  PI
R21. NIAID, $250,000. Gene regulation in nTreg cells.  PI
R21. NIAID, $250,000. Divergent chromatin remodeling in Th subset differentiation. PI
Marshall Health Translational Pilot Grant.  $25,000. Asthma Therapy by Engineered Antigen Specific iTreg Cells.  PI

**Faculty Member's Self-Assessment:**
*If you wish, briefly comment on the extent to which you feel you accomplished your research plans as defined 2012. Include the challenges you have faced during this academic period, and the approach you took to address each challenge.  Indicate what you, the department, or the institution could do to enhance your professional development in this academic area.*

- I would rate my research as "very good".
- I felt that I have worked very hard trying to get grants.  I think continue to publish more papers may enhance my chance to successfully obtain grant funding.
- I hope the department or SOM can help me identify an external mentor for research.
- I have not been going to national meetings as much as I should because I do not wanted to save money for research.  I will start going to more meetings, presenting data, and seek financial assistance for meeting expenses from the department.

**Goals and objectives for the future year as related to A, B, C and D above:**

A: Plan to publish 2 papers in the upcoming academic year (2013-14)
B: Plan to have 1-2 presentations in regional and/or national meetings
C and D:  Plan to submit 2 grant applications to national/international grant agencies

**CURRENT % EFFORT** __60%____
(If % effort has changed for any reason during this assessment time period, please explain)


**Chair's Comment:**

In order to be considered for tenure, Dr. Zeng must increase publications/year and obtain external funding.  In October 2012, the departmental mid-tenure review committee recommended that he establish a collaboration with a clinical researcher and that he migrate his work to translational research.   Consistent with this recommendation, we recommend that Dr. Zeng establish a collaboration with Dr. Uma Sundaram, Cancer Center Director.  Second, in order to obtain funds for preliminary data collection,  we recommend that Dr. Zeng apply for Marshall Health Grants and foundation grants like the Crohn's and Colitis Foundation.  Dr. Zeng should continue to apply for R15s and R03's,  Lastly, we recommend that Dr. Zeng ask Dr. Todd Davies in the Clinical Trials Center to review and comment on Dr. Zeng grant applications prior to submission.

Dr. Primerano will contact Dr. Sundaram and suggest the basis for a collaboration.


**Rating with respect to departmental/school expectations:**

_____ Exemplary          _____ Professional          __X__ Needs Improvement          _____ Unacceptable

**3. CLINICAL SERVICE:**

*To Be Completed by Faculty Member*

    A.   Practice Goals and Assessment of the Past Year (re: patient volume and RVU's, no shows, referral base, etc.)

NA

**Faculty Member's Self-Assessment:**
*If you wish, briefly comment on the extent to which you feel you met your clinical goals as defined last year. Include the challenges you have faced during this academic period, and the approach you took to address each challenge. Indicate what you, the department, or the institution could do to enhance your professional development in this academic area.*

**Goals and objectives for the future year as related to A above:**

**To Be Completed by Chair**
***Comment on accomplishments, strengths, weaknesses, and if the annual performance goals were met. Provide detailed comments and specific expectations when improvements are needed***

**Chair's Comment:**                        **CURRENT % EFFORT _____**
                                                (If % effort has changed for any reason during
                                                this assessment time period, please explain)

**Rating with respect to departmental/school expectations:**
_____ Exemplary            _____Professional         _____Needs Improvement       _____Unacceptable

## 4. HONORS, AWARDS, & SERVICE ACTIVITIES

**To Be Completed by Faculty Member**

    A.  Committees (internal & external)

        Graduate student (Ph.D.) thesis committee (Ryan Withers)
        Flow Cytometry Advisory Committee
        Medical School Admissions Committee
        University Academic Planning Committee

    B.  Professional Organizations (outside MU)

        American Association of Immunologists

    C.  Journal Editorial Reviews (list name/date of journal)

        International Journal of Cancer, November 18, 2012

    D.  Selection to review panels & editorial boards, elections to professional society positions, organization of scholarly meetings,)

**Faculty Member's Self-Assessment:**
If you wish, briefly comment on the extent to which you feel you met your service goals as defined last year. Include the challenges you have faced during this academic period, and the approach you took to address each challenge. Indicate what you, the department, or the institution could do to enhance your professional development in this academic area.

- I think I have done very well in serving on the different committees.
- I hope the department or SOM can recommend me for more journal review opportunities.

**Goals and objectives for the future year as related to related to A, B, C, and D:**

A: Continue to serve on the committees
B: Continue to be a member of the AAI
C and D: Will serve as reviewer when requested by journals or organizations.

**To Be Completed by Chair**
Special attention should be given to faculty activities which extend service activities and expertise beyond the boundaries of the department. This kind of work often serves educational purposes and is an important avenue of contact between the department and other parts of the JCESOM. Comment on accomplishments, strengths, weaknesses, and if the annual performance goals were met. Provide detailed comments and specific expectations when improvements are needed

**CURRENT % EFFORT** __15%____
(If % effort has changed for any reason during this assessment time period, please explain)

Chair's Comment:
Dr. Zeng's current service is adequate for the near term.  In the future, Dr. Zeng should consider service on a grant review panel.

**Rating with respect to departmental/school expectations:**

_____ Exemplary        __X__Professional       _____Needs Improvement      _____Unacceptable

## 5.  PROFESSIONALISM

**To Be Completed by Faculty Member**

Comment on elements of professionalism, such as *interpersonal interactions, communication,* humanism, and multiculturalism, or associated phenomena in the clinical or educational environment *during this evaluation period*.

- I think I am friendly to my colleagues.  I am always happy to provide help if asked.
- I also tried to be engaged in the local community.  One example of this effort is my participation in the Science Café, an activity organized by the graduate students to expose local high school students to scientific research. The major event is for the students to visit different labs to observe in real time how research is conducted in a research lab.  Three SOM faculty members including myself volunteered to host this event.  I had the opportunity to explain to the students how immune responses to allergens can cause asthma, and a cell line derived from kidney epithelium is engineered to act as "factory" for producing viruses.  Each student was given hands-on opportunity to observe inflammatory infiltration in asthmatic lungs, and how the virus-producing cell line is maintained in the laboratory.

## 6. PROFESSIONAL DEVELOPMENT

**To Be Completed by Faculty Member**

Activities Contributing to Personal Professional Development (e.g. participation in professional societies, professional certifications, CME credits, participation in institutional and departmental workshops, conferences and training sessions)

Participated in webinar  "Using Technology to Promote and Assess Active Learning"

I am currently participating in the Python workshop organized by Jim Denvir.  I hope this will help my research projects that require tools of bioinformatics.

Chair's comments:

Drs. Niles and Primerano recommend that (1) Dr. Zeng Professional and Institutional Enhancement Seminar (PIES) Seminars and Webinar especially to learn about methods of active leaning and (2) attend at least one regional or national workshop in his specific research area to build on his networking.

**6. OVERALL ASSESSMENT:** Integrated assessment of faculty performance.

<u>*To Be Completed by Chair*</u>

|                                    | Exemplary  | Professional | Needs Improvement | Unacceptable |
|------------------------------------|------------|--------------|-------------------|--------------|
| Teaching & Mentoring               | _____   | _____     | ___X___           | _____     |
| Research & Scholarly Activities    | _____   | _____     | ___X___           | _____     |
| Clinical Service                   | _____   | _____     | _____          | _____     |
| Honors, Awards, and Service Activities | _____ | _____   | _____          | _____     |
| Professionalism                    | _____   | ___X___      | _____          | _____     |
| Professional Development           | _____   | ___X___      | _____          | _____     |

**Chair's Summary:**

➢ Assessments with "Needs Improvement" or "Unacceptable" in one area should be addressed by the chair half-way through the calendar year <u>and again</u> in the next annual review.

➢ An Overall Assessment of "Unacceptable" will result in a follow-up to the Dean's Office by providing evidence that a written plan for improvement is in place. The faculty member and the chair of the department must cooperatively develop a detailed action plan with specific goals, measurable outcomes, and strategies to improve performance. Successful completion of the Performance Improvement Plan will result in the faculty member attaining the performance required by the departmental standards. The Plan will also describe resources that will be provided to support the faculty member's improvement. While the individual faculty member is ultimately responsible for the successful outcome of the Performance Improvement Plan, the chair has an obligation to assist the faculty member who seeks guidance in developing a realistic plan to remedy identified areas of deficiency.

*Signatures:*

DATE  ~~06/2013~~ _____  **FACULTY MEMBER**  *[signature]* _____

DATE  06/21/2013 _____  **CHAIR**  *Richard M. Niles* _____

DATE  _____  **DIVISION OR SECTION CHIEF**  _____

<u>*Faculty Member's Response*</u>

_____ **I have discussed with my Chair his/her comments and recommendations.** I disagree substantially with the overall assessment and wish to receive explicit feedback from the Dean's Office. **The faculty member is required to attach a detailed signed letter of explanation.**

_____

DATE                    FACULTY MEMBER'S SIGNATURE

<u>*Dean's Response*</u>

_____

DATE                    DEAN, Marshall University, JCESOM



» **Student Evaluation Results for Wei-ping  Zeng (MCB)**

### Student Evaluation Results for Wei-ping  Zeng (MCB)
#### Course: **MCB720**
#### Academic Year: **2012-2013**

| Question Type | NUMERICAL SCALE | | | | |
|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** |
| LIKERT | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |
| RATING | Very Poor | Poor | Average | Good | Very Good |

**NOTE:** Questions with mean scores at or below **3.75** flagged in white on red

---

Answer the following question(s) in the context of learning about **Patient Care**:

|  | | | Freq. Dist. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | **1** | **2** | **3** | **4** | **5** | N | **Mean** |
| 1. This instructor emphasizes and/or demonstrates the importance of compassionate, appropriate and effective patient care and promotion of health. | 45 | 0 | 4 | 20 | 29 | 29 | 82 | 4.01 |
| | | 0.0% | 4.9% | 24.4% | 35.4% | 35.4% | 64.6% | |

---

Answer the following question(s) in the context of learning about **Medical Knowledge**:

|  | | | Freq. Dist. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | **1** | **2** | **3** | **4** | **5** | N | **Mean** |
| 2. This instructor demonstrates knowledge of established and evolving biomedical, clinical, epidemiological and social-behavioral sciences, as well as the application of this knowledge to patient care. | 43 | 0 | 3 | 21 | 24 | 36 | 84 | 4.11 |
| | | 0.0% | 3.6% | 25.0% | 28.6% | 42.9% | 66.1% | |

---

Answer the following question(s) in the context of learning about **Professionalism**:

|  | | | Freq. Dist. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | **1** | **2** | **3** | **4** | **5** | N | **Mean** |
| 3. This instructor displays a high degree of professionalism, behaves in an ethical, honest and fair manner, works well with others, expresses a sincere interest in the welfare of patients and serves as a positive role model. | 45 | 0 | 2 | 18 | 27 | 35 | 82 | 4.16 |
| | | 0.0% | 2.4% | 22.0% | 32.9% | 42.7% | 64.6% | |

---

Answer the following question(s) in the context of learning about **Systems-based Practice**:

| | **Freq. Dist.** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
| 4. This instructor helps me to understand the role and integration of the health care team (physicians, nurses, specialists, etc.) in the care and management of patients. | 45 | 0 | 4 | 22 | 27 | 29 | 82 | 3.99 |
| | | 0.0% | 4.9% | 26.8% | 32.9% | 35.4% | 64.6% | |

Answer the following question(s) in the context of learning about **Practice-based Learning & Improvement**:

| | **Freq. Dist.** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
| 5. This instructor emphasizes and/or demonstrates the ability to investigate and evaluate the care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning. | 45 | 0 | 3 | 22 | 26 | 31 | 82 | 4.04 |
| | | 0.0% | 3.7% | 26.8% | 31.7% | 37.8% | 64.6% | |

Answer the following question(s) in the context of learning about **Interpersonal & Communication Skills**:

| | **Freq. Dist.** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
| 6. This instructor communicates information, ideas and concepts in an understandable manner. | 41 | 1 | 6 | 26 | 30 | 23 | 86 | 3.79 |
| | | 1.2% | 7.0% | 30.2% | 34.9% | 26.7% | 67.7% | |
| 7. This instructor's handouts and other course materials are clear and well organized. | 41 | 0 | 5 | 20 | 37 | 24 | 86 | 3.93 |
| | | 0.0% | 5.8% | 23.3% | 43.0% | 27.9% | 67.7% | |

Answer the following general question(s):

| | **Freq. Dist.** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
| 8. Rate the overall quality of this instructor. | 35 | 1 | 8 | 26 | 34 | 23 | 92 | 3.76 |
| | | 1.1% | 8.7% | 28.3% | 37.0% | 25.0% | 72.4% | |

9. Please describe the notable strengths of this instructor.          View Student Comments >>

10. Please offer suggestions on how this instructor might improve.          View Student Comments >>

© 1996-2012 Marshall University | 1600 Medical Center Drive | Huntington, WV 25701 | 304.691.1700 | Accreditation Statements
Site Disclaimer and Privacy Policy | Page last modified 6/10/2013 | Maintained by Kelly Webster-Fuller, Office of Medical Education


## MARSHALL UNIVERSITY
### Joan C. Edwards School of Medicine

**» Student Evaluation Results for Wei-ping Zeng (MCB)**

### Student Evaluation Results for Wei-ping Zeng (MCB)
Course: **MCB743**
Academic Year: **2012-2013**

| Question Type | NUMERICAL SCALE | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| LIKERT | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |
| RATING | Very Poor | Poor | Average | Good | Very Good |

**NOTE:** Questions with mean scores at or below **3.75** flagged in white on red

---

Answer the following question(s) in the context of learning about **Patient Care**:

| | | | | Freq. Dist. | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
| 1. This instructor emphasizes and/or demonstrates the importance of compassionate, appropriate and effective patient care and promotion of health. | 16 | 1 | 1 | 18 | 12 | 16 | 48 | 3.85 |
| | | 2.1% | 2.1% | 37.5% | 25.0% | 33.3% | 75.0% | |

---

Answer the following question(s) in the context of learning about **Medical Knowledge**:

| | | | | Freq. Dist. | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
| 2. This instructor demonstrates knowledge of established and evolving biomedical, clinical, epidemiological and social-behavioral sciences, as well as the application of this knowledge to patient care. | 15 | 1 | 2 | 13 | 12 | 21 | 49 | 4.02 |
| | | 2.0% | 4.1% | 26.5% | 24.5% | 42.9% | 76.6% | |

---

Answer the following question(s) in the context of learning about **Professionalism**:

| | | | | Freq. Dist. | | | | |
|---|---|---|---|---|---|---|---|---|
| | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
| 3. This instructor displays a high degree of professionalism, behaves in an ethical, honest and fair manner, works well with others, expresses a sincere interest in the welfare of patients and serves as a positive role model. | 16 | 1 | 1 | 12 | 11 | 23 | 48 | 4.13 |
| | | 2.1% | 2.1% | 25.0% | 22.9% | 47.9% | 75.0% | |

---

Answer the following question(s) in the context of learning about **Systems-based Practice**:

| | **Freq. Dist.** | | | | | | |
|---|---|---|---|---|---|---|---|
| **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |

4. This instructor helps me to understand the role and integration of the health care team (physicians, nurses, specialists, etc.) in the care and management of patients.

| NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|
| 18 | 1 | 1 | 16 | 13 | 15 | 46 | 3.87 |
| | 2.2% | 2.2% | 34.8% | 28.3% | 32.6% | 71.9% | |

Answer the following question(s) in the context of learning about **Practice-based Learning & Improvement**:

5. This instructor emphasizes and/or demonstrates the ability to investigate and evaluate the care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning.

| NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|
| 17 | 1 | 1 | 16 | 12 | 17 | 47 | 3.91 |
| | 2.1% | 2.1% | 34.0% | 25.5% | 36.2% | 73.4% | |

Answer the following question(s) in the context of learning about **Interpersonal & Communication Skills**:

6. This instructor communicates information, ideas and concepts in an understandable manner.

| NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|
| 13 | 2 | 4 | 20 | 16 | 9 | 51 | 3.51 |
| | 3.9% | 7.8% | 39.2% | 31.4% | 17.6% | 79.7% | |

7. This instructor's handouts and other course materials are clear and well organized.

| NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|
| 13 | 1 | 4 | 16 | 19 | 11 | 51 | 3.69 |
| | 2.0% | 7.8% | 31.4% | 37.3% | 21.6% | 79.7% | |

Answer the following general question(s):

8. Rate the overall quality of this instructor.

| NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|
| 10 | 1 | 5 | 20 | 16 | 12 | 54 | 3.61 |
| | 1.9% | 9.3% | 37.0% | 29.6% | 22.2% | 84.4% | |

9. Please describe the notable strengths of this instructor.     View Student Comments >>

10. Please offer suggestions on how this instructor might improve.     View Student Comments >>

© 1996-2012 Marshall University | 1600 Medical Center Drive | Huntington, WV 25701 | 304.691.1700 | Accreditation Statements
Site Disclaimer and Privacy Policy | Page last modified 6/10/2013 | Maintained by Kelly Webster-Fuller, Office of Medical Education



**MARSHALL UNIVERSITY**
Joan C. Edwards School of Medicine

» **Student Evaluation Results for Wei-ping  Zeng (MCB)**

**Student Evaluation Results for Wei-ping  Zeng (MCB)**
Course: **MCB720**
Academic Year: **2011-2012**

| Question Type | NUMERICAL SCALE | | | | |
|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** |
| LIKERT | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |
| RATING | Very Poor | Poor | Average | Good | Very Good |

**NOTE:** Questions with mean scores at or below **3.75** flagged in white on red

---

Answer the following question(s) in the context of learning about **Patient Care**:

| | | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|---|---|
| 1. | This instructor emphasizes and/or demonstrates the importance of compassionate, appropriate and effective patient care and promotion of health. | 44 | 10 | 2 | 28 | 23 | 13 | 76 | 3.36 |
| | | | 13.2% | 2.6% | 36.8% | 30.3% | 17.1% | 63.3% | |

Freq. Dist.

---

Answer the following question(s) in the context of learning about **Medical Knowledge**:

| | | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|---|---|
| 2. | This instructor demonstrates knowledge of established and evolving biomedical, clinical, epidemiological and social-behavioral sciences, as well as the application of this knowledge to patient care. | 42 | 8 | 3 | 21 | 31 | 15 | 78 | 3.54 |
| | | | 10.3% | 3.8% | 26.9% | 39.7% | 19.2% | 65.0% | |

Freq. Dist.

---

Answer the following question(s) in the context of learning about **Professionalism**:

| | | NR | 1 | 2 | 3 | 4 | 5 | N | Mean |
|---|---|---|---|---|---|---|---|---|---|
| 3. | This instructor displays a high degree of professionalism, behaves in an ethical, honest and fair manner, works well with others, expresses a sincere interest in the welfare of patients and serves as a positive role model. | 42 | 7 | 13 | 24 | 23 | 11 | 78 | 3.23 |
| | | | 9.0% | 16.7% | 30.8% | 29.5% | 14.1% | 65.0% | |



Freq. Dist.

---

Answer the following question(s) in the context of learning about **Systems-based Practice**:

| | Freq. Dist. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| 4. This instructor helps me to understand the role and integration of the health care team (physicians, nurses, specialists, etc.) in the care and management of patients. | 43 | 10 | 4 | 28 | 22 | 13 | 77 | 3.31 |
| | | 13.0% | 5.2% | 36.4% | 28.6% | 16.9% | 64.2% | |

Answer the following question(s) in the context of learning about **Practice-based Learning & Improvement**:

| | Freq. Dist. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| 5. This instructor emphasizes and/or demonstrates the ability to investigate and evaluate the care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning. | 45 | 8 | 5 | 25 | 24 | 13 | 75 | 3.39 |
| | | 10.7% | 6.7% | 33.3% | 32.0% | 17.3% | 62.5% | |

Answer the following question(s) in the context of learning about **Interpersonal & Communication Skills**:

| | Freq. Dist. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| 6. This instructor communicates information, ideas and concepts in an understandable manner. | 39 | 13 | 11 | 28 | 19 | 10 | 81 | 3.02 |
| | | 16.0% | 13.6% | 34.6% | 23.5% | 12.3% | 67.5% | |
| 7. This instructor's handouts and other course materials are clear and well organized. | 39 | 12 | 11 | 22 | 23 | 13 | 81 | 3.17 |
| | | 14.8% | 13.6% | 27.2% | 28.4% | 16.0% | 67.5% | |

Answer the following general question(s):

| | Freq. Dist. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| 8. Rate the overall quality of this instructor. | 32 | 14 | 15 | 27 | 21 | 11 | 88 | 3.00 |
| | | 15.9% | 17.0% | 30.7% | 23.9% | 12.5% | 73.3% | |

9. Please describe the notable strengths of this instructor.        View Student Comments >>

10. Please offer suggestions on how this instructor might improve.        View Student Comments >>

© 1996-2012 Marshall University | 1600 Medical Center Drive | Huntington, WV 25701 | 304.691.1700 | Accreditation Statements
Site Disclaimer and Privacy Policy | Page last modified 6/10/2013 | Maintained by Kelly Webster-Fuller, Office of Medical Education



» Student Evaluation Results for Wei-ping  Zeng (MCB)

## Student Evaluation Results for Wei-ping  Zeng (MCB)
Course: **MCB743**
Academic Year: **2011-2012**

| Question Type | NUMERICAL SCALE | | | | |
|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** |
| LIKERT | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |
| RATING | Very Poor | Poor | Average | Good | Very Good |

**NOTE:** Questions with mean scores at or below **3.75** flagged in <mark>white on red</mark>

Answer the following question(s) in the context of learning about **Patient Care**:

| | | | Freq. Dist. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| **1.** This instructor emphasizes and/or demonstrates the importance of compassionate, appropriate and effective patient care and promotion of health. | 19 | 8 | 9 | 16 | 11 | 5 | 49 | **2.92** |
| | | 16.3% | 18.4% | 32.7% | 22.4% | 10.2% | 72.1% | |

Answer the following question(s) in the context of learning about **Medical Knowledge**:

| | | | Freq. Dist. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| **2.** This instructor demonstrates knowledge of established and evolving biomedical, clinical, epidemiological and social-behavioral sciences, as well as the application of this knowledge to patient care. | 19 | 7 | 6 | 13 | 17 | 6 | 49 | **3.18** |
| | | 14.3% | 12.2% | 26.5% | 34.7% | 12.2% | 72.1% | |

Answer the following question(s) in the context of learning about **Professionalism**:

| | | | Freq. Dist. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| **3.** This instructor displays a high degree of professionalism, behaves in an ethical, honest and fair manner, works well with others, expresses a sincere interest in the welfare of patients and serves as a positive role model. | 17 | 12 | 13 | 13 | 9 | 4 | 51 | **2.61** |
| | | 23.5% | 25.5% | 25.5% | 17.6% | 7.8% | 75.0% | |

Answer the following question(s) in the context of learning about **Systems-based Practice**:

| | | Freq. Dist. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4. This instructor helps me to understand the role and integration of the health care team (physicians, nurses, specialists, etc.) in the care and management of patients. | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| | 17 | 8 | 6 | 22 | 11 | 4 | 51 | 2.94 |
| | | 15.7% | 11.8% | 43.1% | 21.6% | 7.8% | 75.0% | |

Answer the following question(s) in the context of learning about **Practice-based Learning & Improvement**:

| | | Freq. Dist. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5. This instructor emphasizes and/or demonstrates the ability to investigate and evaluate the care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning. | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| | 18 | 8 | 6 | 19 | 13 | 4 | 50 | 2.98 |
| | | 16.0% | 12.0% | 38.0% | 26.0% | 8.0% | 73.5% | |

Answer the following question(s) in the context of learning about **Interpersonal & Communication Skills**:

| | | Freq. Dist. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6. This instructor communicates information, ideas and concepts in an understandable manner. | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| | 15 | 10 | 18 | 15 | 7 | 3 | 53 | 2.53 |
| | | 18.9% | 34.0% | 28.3% | 13.2% | 5.7% | 77.9% | |
| 7. This instructor's handouts and other course materials are clear and well organized. | 16 | 11 | 11 | 15 | 9 | 6 | 52 | 2.77 |
| | | 21.2% | 21.2% | 28.8% | 17.3% | 11.5% | 76.5% | |

Answer the following general question(s):

| | | Freq. Dist. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8. Rate the overall quality of this instructor. | **NR** | **1** | **2** | **3** | **4** | **5** | **N** | **Mean** |
| | 13 | 11 | 14 | 21 | 6 | 3 | 55 | 2.56 |
| | | 20.0% | 25.5% | 38.2% | 10.9% | 5.5% | 80.9% | |

9. Please describe the notable strengths of this instructor.       View Student Comments >>

10. Please offer suggestions on how this instructor might improve.       View Student Comments >>

© 1996-2012 Marshall University | 1600 Medical Center Drive | Huntington, WV 25701 | 304.691.1700 | Accreditation Statements
Site Disclaimer and Privacy Policy | Page last modified 6/10/2013 | Maintained by Kelly Webster-Fuller, Office of Medical Education



**MARSHALL UNIVERSITY**
Joan C. Edwards School of Medicine

www.musom.marshall.edu

Office of the Vice President for Health Sciences
and Dean of the School of Medicine

August 18, 2009

Dr. Wei-ping Zeng, PhD
48 East Squire Drive, Apt 5
Rochester, NY 14623

Dear Dr. Zeng:

On behalf of the Joan C. Edwards School of Medicine at Marshall University, it is my pleasure to offer you a full-time faculty appointment as an Associate Professor in the Department of Biochemistry and Microbiology effective on or about September 1, 2009 and renewable at the beginning of each fiscal year. This appointment will be a tenure-track (probationary) appointment pursuant to the provisions of the West Virginia Higher Education Policy Commission Title 133, Procedural Rule Series 9. You will be eligible to apply for tenure as early as your third year at MU and no later than your sixth year of continuous full-time employment.

Your appointment will be at an annual base salary of $75,000 derived from the Research Challenge Grant (RCG) awarded to Drs. Philippe Georgel and Eric Blough. Future changes to your base salary will be consistent with School of Medicine Basic Science Salary Plan. Your salary (base + fringe) will be derived from the RCG until June 30, 2012. After this grant expires, your salary will be derived from state or other School of Medicine funds and will be subject to the guidelines set forth in the Salary Plan.

To facilitate the establishment of your research program, we will provide the following additional support:

(1) Up to $150,000 from the Research Challenge Grant which may be applied to costs for a technician's salary, equipment, supplies and animal costs to be expended as follows:
   (a) $50,000 for the period from September 1, 2009 to June 30, 2009,
   (b) $50,000 for the period from July 1, 2010 to June 30, 2011 and
   (c) $50,000 for the period from July 1, 2011 to June 30, 2012.

(2) Up to $1500 per year for travel to one domestic research meeting for three years from the Research Challenge Grant (for the periods September 1 2009 to June 30 2010, July 1, 2010 to June 30, 2011 and July 1, 2011 to June 30, 2012).

(3) Up to $2000 per year (travel and fees) for the cost of an external research advisor from the RCG in 2009-10, 2010-11 and 2011-2012. Distribution of RCG funds is contingent upon renewal of the grant and the adequacy of its annual budget.

(4) Up to $100,000 from the School of Medicine for the period from September 1, 2009 to August 31, 2012 for a technician salary, research supplies, and equipment. These

funds may be distributed per your instructions and are contingent upon the adequacy of state funding.

(5) Up to $40,000 for equipment from the Department of Biochemistry and subject to approval by Richard Niles.

(6) Up to $10,000 in services and supplies from the Genomics Core Facility to be expended prior to June 30, 2011.

(7) 600 square feet of lab space and an office in the Robert C. Byrd Biotechnology Science Center. (Site of lab space will be selected by the MU space committee.)

(8) Moving expenses for your lab equipment, mouse colony and personal belongings will be reimbursed up to $5,000 by the Department of Biochemistry and Microbiology. You will be required to submit quotes from at least two moving companies and select the lower bid.

The duties and responsibilities of this appointment include:

(1) Establishment of an independent and externally funded research program in cellular immunology,
(2) Teaching in Medical Immunology or Medical Microbiology on an annual basis beginning in Fall 2011 and auditing the portions of these courses in the Fall 2010
(3) Directing and teaching in one biomedical science graduate course (e.g. Molecular Pathogenesis) in your area of expertise in 2010-11 academic year,
(4) Service on School of Medicine and University committees as recommended by your departmental chair and/or the Dean of the School of Medicine,
(5) Participation in the CDDC seminar program and other CDDC programs and administrative responsibilities and
(6) Such other duties and responsibilities as are normally assigned to full-time faculty at the School of Medicine and for which you are qualified by your skill, training and/or experience.

If you are in agreement with the above offer please sign and return the attached appointment notices to the Dean's Office as soon as possible. We look forward to your joining the faculty of the School of Medicine.

Sincerely yours,

For Charles H. McKown, Jr., M.D.
Vice President and Dean



**College of Medicine**
Department of Medicine
Division of Pulmonary, Critical Care, and Sleep Medicine
1600 SW Archer Road
Room M455
PO Box 100225
Gainesville, FL 32610-0225
Phone  352-273-9207
FAX 352-273-6172
Dorina.Avram@medicine.ufl.edu

September 14th, 2015

Donald A. Primerano, PhD.
Chair and Professor
Dept of Biochemistry and Microbiology
Robert C. Byrd Biotechnology Science Center
Room 336F
Joan C. Edwards School of Medicine
1 John Marshall Drive
Huntington WV 25701
E-mail: primeran@marshall.edu

Dear Dr. Primerano and Promotion Committee,

It is with great excitement that I provide a recommendation letter in support of Dr. Wei-ping Zeng's tenure promotion. My research interest is in transcriptional regulation of lymphocyte development and functions, particularly those of the T lymphocytes.   Therefore I am very familiar with Wei-ping's research.  Wei-ping and I first met at an Upstate New York immunology conference when he was an assistant professor at the University of Rochester and I was an assistant professor at Albany Medical College.  At the meeting, Wei-ping was already known for his groundbreaking discovery of GATA-3 as the master regulator of Type 2 T helper (Th2) cell differentiation, which has become one of the most cited studies in the field of Th2 cell differentiation and allergic diseases.  At the meeting Wei-ping presented his new work on the role of HLX, a transcription factor that plays a feed-forward role of promoting the Type I T helper (Th1) cell differentiation.  This and his later work on the other transcription factor Pias1 and histone modification at the Th1 and Th2 cytokine genes are significant contributions to our collective knowledge of the immunobiology of the Th1 and Th2 cells, two major cell types that play critical roles in host defense, autoimmune and allergic diseases.  In addition to Th1 and Th2 cells, Wei-ping's group has also made important contribution to our current understanding of the functional plasticity of regulatory T (Treg) cells.

I have also recently learned about Wei-ping's current research activities.  He has performed genome wide analyses to investigate changes in gene expression, chromatin structures and epigenetic modifications during the differentiation of various T helper cell subsets and Treg cells.  Many interesting discoveries and leads for future research are expected from this work.  He has also made key progress in understanding the immunological basis for the impact of environmental factors in asthma, which will have significant implications in the prevention of this major respiratory disease.  I am convinced that he is coming to the verge of making another wave of discoveries that will have major impact on basic and clinical immunology.  For this and his impressive past contribution to science, I highly recommend Wei-ping for a tenure promotion.

*The Foundation for The Gator Nation*

An Equal Opportunity Institution

Sincerely yours,

Dorina Avram, Ph.D.
Preeminence Professor of Immunology



October 12, 2015

Donald A. Primerano, PhD
Dept. of Biochemistry and Microbiology
Robert C. Byrd Biotechnology Science Center
Room 336F
Joan C. Edwards School of Medicine
1 John Marshall Drive
Huntington WV 25701
E-mail: primeran@marshall.edu

Dear Dr. Primerano and Promotion and Tenure Committee members,

I am very happy to provide a letter of evaluation for **Dr. Wei-ping Zeng**'s dossier for Tenure. Although Dr. Zeng and I have not met in person, I am very familiar with his work as we have both worked on T helper cell differentiation since our postdoctoral fellowships. I am currently the Billie Lou Wood Professor of Pediatrics and I direct a research program in asthma and allergic diseases. I have authored over 150 peer-reviewed articles, most related to the field of T helper cell differentiation. Thus, I am very qualified to assess Dr. Zeng's progress towards Tenure.

Dr. Zeng's work has made a lasting impact on our field. I first became aware of his work when reading of his landmark discovery on the transcription factor GATA-3 as the master regulator of Th2 cell differentiation. This work was the first example of a lineage defining transcription factor in T helper cells, and provides a centerpiece for understanding the transcriptional network in Th2 cells. Following this work, he has continued to make important contributions to our knowledge of transcriptional regulation in T helper cells. Dr. Zeng's group has characterized the role of the transcription factor HLX in Th1 cell differentiation, Pias1 as a cofactor of GATA-3 in IL-13 gene regulation and the dynamic changes of histone modification during T helper cell differentiation. In more recent years, he has moved his research towards understanding the function of regulatory T cells and the structural requirements for Foxp3, the lineage defining transcription factor for Tregs, to promote immunoregulatory responses. His work on these projects continues to make a significant impact in the field.

In addition to his dedication to research, Dr. Zeng also has a strong sense of responsibility to the Immunology research community. When I was a section editor for the Journal of Immunology, I have asked him a number of times to serve as a reviewer of manuscripts. In his role as a reviewer, he demonstrated a great deal of professionalism. He provided impartial judgment of the quality of the manuscripts, and I found his comments to authors are insightful and constructive. The perspective he provides is also

Mark H. Kaplan, PhD  Billie Lou Wood Professor of Pediatrics, Professor of Microbiology and Immunology
Director of Pediatric Pulmonary Basic Research
1044 West Walnut St. Room 202 Indianapolis, IN 46202  317-278-3696 mkaplan2@iupui.edu

on display in the recent review articles he has written, which are comprehensive and inform the reader to important findings and potential future directions. That he is asked to write these reviews articles and to review submissions for many journals is a testament to his reputation in the field.

When Dr. Zeng asked me to provide the recommendation letter, he also told me about his current research activities. It is clear to me that he has made key progress in his effort to decipher the relations between gene expression and chromatin structure and epigenetic modification in various subsets of T helper cells. He has also made an interesting discovery regarding the immunological role of bacterial toxins in the pathogenesis of asthma. I am confident that these research directions will yield important publications in the near future. I am sure that with the acquisition of Tenure, Dr. Zeng will have the support to continue to make important discoveries in this field, and will continue to be an important and valued part of the Marshall University academic community.


Sincerely,

Mark H. Kaplan, PhD.



Joan C. Edwards
School of Medicine



Susan Flesher, M.D.
Residency Program Director
Department of Pediatrics

Dear Dr. Primerano:

I am happy to provide a letter to support Dr. Wei-ping Zeng's promotion application. I am a pediatrician who sees many children with allergies and asthma, which overlaps with Wei-ping's research interest. I am a member of a team that Wei-ping has organized to perform epidemiological research aiming to provide a comprehensive and accurate assessment of the risk of asthma imposed by staph colonization and exposure to staphylococcal enterotoxins. This project is based on Wei-ping's work on the mouse model of asthma that has uncovered a role of the enterotoxin in promoting allergic immune responses to allergens, and a special cell population responsible for this effect. In addition to this project, Wei-ping has other on-going asthma/allergy related laboratory research that has translational value and can be areas of more collaboration. For example, he has developed a cellular therapy that reduces pulmonary inflammation up to 70% in the mouse asthma model. Wei-ping has a strong basic science background, which compliments nicely the clinical expertise of several physicians who are enthusiastic about the translational research that Wei-ping has proposed. The collaboration between Wei-ping and our clinical faculty will enhance our reputation in the field of allergy/asthma, and ultimately lead to practical benefits to all patients suffering from these conditions.

Sincerely,

Susan Flesher, MD



**Emine C. Koc, Ph.D.**
Associate Professor

Joan C. Edwards School of Medicine
Department of Biochemistry and Microbiology
One John Marshall Drive
Huntington, WV 25755
Phone: (304) 696 3680
Email: koce@marshall.edu

October 16, 2015

Dear Committee Members:

I would like to provide this letter to support Dr. Wei-ping Zeng's tenure application. Wei-ping and I are colleagues since August 2011. His lab and office are very close to mine, so I have plenty of opportunities to observe and interact with him. Wei-ping is a dedicated and hard-working scientist. Most of Wei-ping's research is animal studies, so he has to spend a large portion of his research fund for animal maintenance. As a result, he has little fund for personnel assistance, and has to spend a lot of time doing bench work. Even so, he was able to publish a number of papers in very good journals after he moved to Marshall. Wei-ping has been trying very hard to obtain external funding for research. However, I think we need to be more realistic in our expectation given the extremely difficult funding environment and the competitive disadvantage due to our small size and limitation in technical and infrastructure supports.

Teaching is a significant part of Wei-ping's responsibility. One of Wei-ping's strengths is that he is versatile in the subjects he teaches. He teaches bacterial genetics, immunology and virology. Over the years has steadily improved his teaching and received good student evaluations in all subjects he teaches. I think his versatility of teaching diverse subjects is an asset to the department given the fact that we have a small faculty and practically no backup lecturers. On a personal note, my daughter said only good things about his teaching this year.

As a colleague, I whole heartedly recommend his tenure promotion. Thank you for your attention to this matter.

Sincerely,

Emine C. Koc



**Marshall**Pediatrics
1600 Medical Center Drive, Suite 3500
Huntington, WV 25701-3655
304/691-1386  Fax 304/691-1375

Dear Dr. Primerano,

Wei-ping asked me to provide a letter to support his application for promotion. I am happy to do so. I was introduced to Wei-ping by Dr. Todd Gress when Wei-ping was looking for collaborators for his research project to conduct an epidemiological study of the relationship between *S. aureus* and asthma. Wei-ping has now assembled a team of researchers including a basic scientist (himself), a pediatric and adult allergist, an adult pulmonologist, a pediatrician, and statistician. We have had several meetings to discuss our research plan.

My specialty is pediatric and adult allergy and asthma. I am very excited about the research project because it is congruent with my professional interests and my patient population. This research can ultimately lead to better treatment and prevention of asthma. In addition to being a group organizer, Wei-ping brings a strong basic science expertise to the project. He is credited for discovering the master regulator of Type 2 T Helper cells that are the driver of the pathogenesis of asthma. He also has several other asthma-related projects which can be further opportunities for collaboration. I truly hope that we can successfully carry out our research project. This will not only help strengthen our allergy/asthma program but more importantly benefit the patients.

Sincerely,

Meagan W. Shepherd, MD
Assistant Professor
Section of Allergy/Immunology
Department of Pediatrics



**MARSHALL UNIVERSITY®**
Joan C. Edwards School of Medicine
Department of Biochemistry and Microbiology

**Vincent E. Sollars, Ph.D.**
Director of the Flow Cytometry Core
Associate Professor
Office: (304) 696-7357
Fax: (304) 696-7207
E-mail: sollars@marshall.edu

Dear Promotion and Tenure Committee,

I am writing in support of Dr. Wei-ping Zheng's application for tenure. I endorse his application for tenure at Marshall University in the school of medicine. I base this endorsement on his dedication to research and our need for faculty at the school of medicine. I have worked rather closely with Wei-ping during the last few years as director of the flow cytometry core and have noticed that he often works long hours and has a zeal for research.

I believe that his publication record is quite excellent considering his funding level, with a *PloS One* paper and an *Immunology* paper to his credit, among others. Both of these publications are considered highly impactful publications in his field. I would also like to point out he has produced the data for these publications with very little personnel support. While one would expect successful grant applications for a person going up for tenure, one must keep in mind the funding climate at NIH which is especially difficult when not at a R1 institution. An additional issue for Wei-ping is that he cannot apply for R01 grants as a new investigator as he has already received an R01 at his previous institution.

Wei-ping primarily teaches virology and immunology in year two of the medical school, which he has reported done very well at. Both of these fields have very little representation at our school, with the likelihood of being able to fill the gap with new hires in doubt.

In summary, I would urge the promotion and tenure committee to view Dr. Zheng's application for tenure with the understanding of the times we currently live in and our needs at the school. I endorse Dr. Zheng's application for tenure.

Sincerely,

Vincent E. Sollars, Ph.D.
Associate Professor
Joan C. Edwards School of Medicine
Marshall University

We Are...MARSHALL™

1 John Marshall Drive    ●    Huntington, West Virginia 25755-9320    ●    Tel (304) 696-7357    ●    Fax (304) 696-7207
A State University of West Virginia    ●    An Affirmative Action/Equal Opportunity Employer



**MARSHALL
UNIVERSITY**™
w w w . m a r s h a l l . e d u

University Libraries

October 14, 2015

Dear Dr. Primerano:

I would like to provide this letter to acknowledge Dr. Wei-ping Zeng's contribution to the improvement of the PubMed search functions at Marshall. Shortly after Wei-ping's arrival at Marshall, he made the first request to have "full text" links attached to PubMed search results. He took his time to sit in the library committee meetings to discuss the plan to implement this change. Thanks to Wei-ping's initiative, our medical and basic science communities now have the convenience of easy access to articles of their PubMed search results.

Sincerely,

Jingping Zhang
Professor, University Librarian/Director of Libraries Operations
Marshall University